537 U.S. 1243
 CARRANZA-MALDONADO, AKA ACUNA-MALDONADO
v.
UNITED STATES;
HURTADO-BERNAL, AKA MARTINEZ-OROZCO, AKA HURTADO
v.
UNITED STATES;
MARTELL-MANZANERA
v.
UNITED STATES;
PEREZ-CASTILLO
v.
UNITED STATES;
ROACHO-SOLIS, AKA ROACHO
v.
UNITED STATES;
ROBLES-ROBLES
v.
UNITED STATES;
TERAN-BARCOA, AKA TERAN-BARCO, AKA PEREZ-ORTEGA
v.
UNITED STATES; and
VALDEZ-DE LA PAZ
v.
UNITED STATES.
 No. 02-8835.
 Supreme Court of United States.
 March 3, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 409.